1
2
3
4
5
6
7
8                        NOT FOR CITATION

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   RICKEY LOUIS ALFORD,            )      No. C 09-02687 JF (PR)
                                     )
13              Plaintiff,           )      ORDER OF DISMISSAL
                                     )
14        vs.                        )
                                     )
15                                   )
                                     )
16   RODNEY MCELVAINE,               )
                                     )
17              Defendants.          )
     _____)      (Docket No. 2)
18

19          On June 17, 2009, Plaintiff, a state prisoner, filed the instant civil rights

20   action pursuant to 42 U.S.C. § 1983.  On the same day, the clerk of the Court sent a

21   notification to Plaintiff that his complaint was deficient because Plaintiff did not pay

22   the filing fee or file In Forma Pauperis Application.  The Court notes that the

23   application filed on the same day is deficient because it is an outdated form and

24   Plaintiff failed to submit a Certificate of Funds in Prisoner's Account and a copy of

25   his prisoner trust account statement showing transactions for the last six months.

26   (Docket No. 2.)  The notification included the warning that the case would be

27   dismissed if Plaintiff failed to respond within thirty days.  The deadline has since

28   passed, and Plaintiff has not paid the filing fee nor filed a completed in forma

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford02687_dism-ifpdef.wpd

1  pauperis application.  Accordingly, this case is DISMISSED without prejudice for

2  failure to pay the filing fee.

3        The Clerk shall terminate any pending motions and close the file.

4        IT IS SO ORDERED.

5  DATED: _____10/2/09_____

6                                    JEREMY FOGEL
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford02687_dism-ifpdef.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RICKEY L ALFORD,

                Plaintiff,

  v.

RODNEY MCELVAINE,

                Defendant.
_____/

Case Number: CV09-02687 JF

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___10/8/09_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Rickey Louis Alford J39242
CA State Prison-Los Angeles County
PO Box 4670
Lancaster, CA 93539


Dated: ___10/8/09_____

                                    Richard W. Wieking, Clerk